JAY WILLIAMS
V.
RAY KENT AND DOES

CASE NOTICE

U.S. COURT WESTERN

FILED - GR
July 26, 2024 11:29 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 7-26

Jay Williams complains against defendants for defamation of character, TREASON, SLAVERY, CRUEL & Unusual Punishment, MURDER, WAR CRIMES, Embezzlement & other criminal acts.

RELIEF SOUGHT

1:24-cv-767
Jane M. Beckering
U.S. District Judge

Religious Freedom Enforced, Religious Beliefs Protected FAMILY FREED FROM SLAVERY, Reputation Restored/Repaired invoice paid JUSTICE JUSTICE JUSTICE

COUPON 1122
Pay to: District Clerk
Amount: $2898.00 Twenty-Eight Hundred Ninty-Eight $%/100
For: Filing Fee
Title 18 U.S.C §§ 8, 20(7)(C10) ; Title 31 U.S.C § 3123
Proclamation 2039

Respectfully: Jay Williams, P.O. Box 2601 Athens, TX 75751
972-754-0976  Ajsecurity@gmail.com
6767 SH 198 Mabank, TX 75156   Jay Williams  6/27/24

Jay Williams 2300216   DOJ IS PURE EVIL
P.O. Box 2601            DOJ TURNED AGAINST U.S.A. & TX
Athens, TX 75751        TREASONOUS SNAKES MURDERERS
                        AGG KIDNAPPERS HUMAN TRAFFICKERS
                        OF OUR CHILDREN SLAVERS TORTURERS
                        COMMUNISTS TERRORISTS COWARDS
ONLY PERSON    EMBEZZLERS SLANDERERS NO JUSTICE
IN U.S.A.      FOR POW AKA U.S.A. CITIZENS IN SLAVERY
HISTORY        NO JURISDICTION GOVT. TURNED AGAINST U.S.A. & TX
               BAIL PAID 100% STILL IN JAIL EVIDENCE DESTROYED
WHO CAN'T      MORAL TURPITUDE LIFE SAFETY CODE VIOLATIONS
               HOMELAND SECURITY COMPROMISED COURTS CLOSED
GET A          ALL U.S.A. CASES COMPROMISED INCOMMUNICADO
LAWYER         ATTORNEY CLIENT PRIVILEGE ABOLISHED

District Clerk
110 Michigan N.W.
Grand Rapids, MI 49503

[Postmark: NORTH TEXAS TX P&DC, DALLAS TX 750, 22 JUL 2024 PM 8 L]
[USA FOREVER stamp]