**1**

This Court has Accepted the Attorney Client Privilege.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: JAY WILLIAMS

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received July 2, 2024 and orders the Clerk to reject the Complaint – Jay Williams v Ray Kent and Does and return the document(s) to Jay Williams for the reason(s) noted below:

Need to pay the filing fee or submit documents to proceed in forma pauperis.
If Jay Williams wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

IT IS SO ORDERED.

Dated: July 3, 2024

/s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge

Interference with the following Cases! Jay Williams incorporates by reference list of cases set forth in 3:27-CV-1889 as if set forth here in full.
"Pod Officer" opened mail. No Jurisdiction, No POA, No Warrant! Federal Laws! U.S.P.S. has Jurisdiction. Contact Lawyers. Jay Williams 7/24 7/21/24

Jay Williams 2300216
P.O. Box 2601
Athens, TX 75757

ONLY PERSON
IN U.S.A.
HISTORY
WHO CAN'T
GET A
LAWYER

DOJ IS PURE EVIL
DOJ CAN'T BE TRUSTED
TREASONOUS SNAKES
AGG KIDNAPPERS HUMAN TRAFFICKERS
OF OUR CHILDREN SLAVERS TORTURERS
COMMUNISTS TERRORISTS COWARDS
EMBEZZLERS SLANDERERS NO JUSTICE
FOR U.S.A. CITIZENS IN SLAVERY
NO JURISDICTION COURTS CLOSED INCOMMUNICADO
BAIL PAID 100% STILL IN JAIL EVIDENCE DESTROYED
MORAL TURPITUDE LIFE SAFETY CODE VIOLATIONS
HOMELAND SECURITY COMPROMISED

District Clerk
110 Michigan St. N.W.
Grand Rapids, MI 49503

To: Ray Kent
3110 Michigan N.W.
Grand Rapids MI 49503

From: Jay Williams
206 N. Murchison
Athens, TX 75751

GOD'S WORD, RIGHT OF SEPULCHRE, Trezevant v. City of Tampa False Claims Act PROVERBS 6:31, Title 18 U.S.C. Chapter 47, MURDER, ADA.GOV violations, Embezzlement, Breach of Oath, TX Civil Practice & Remedies Code §110.003 7020 0640 0002 3431 7269 Life Safety Code Violations<

1. $ TBD
2. $ 70K/minute/person for SLAVERY of Erin, Daniel, Dennis, Hailie, Charles, Jordan, Amy, Jay Williams, Kyrin McRee & Does
3. $ 5,250,000.00/Offense
4. $ TBD > Life Safety Code Violations

Remit Immediately to lawyers. Title 11 U.S.C. § 542 Turnover... Jay Williams has material evidence proving TREASON committed against TX & U.S.A... Contact lawyers.

NOTICE OF DISPOSITION OF COLLATERAL
Pursuant to TX Business & Commerce Code § 9.205 Use... Ray Kent has ten (10) days to settle debts owed to Williams<. Failure to settle/debts shall result in Williams< auctioning/selling everything & anything Ray Kent may have privately. Ray Kent has the right to accounting of collateral & debts. Additional fees may apply. Contact lawyers.

Jay Williams has Jurisdiction: D-1-GN-23-005013
Ray Kent, You are being Sued. Contact our lawyers.
Respectfully: Jay Williams [signature] 7/21/24

to: Sally Jo Berens  
110 Michigan N.W.  
Grand Rapids MI 49503

from: Williams  
206 N. Murchison  
Athens, TX 75751

GOD'S WORD, RIGHT OF SEPULCHRE, Trezevant v. City of Tampa, False Claims Act PROVERBS 6:31, Title 18 U.S.C. Chapter 47, MURDER, ADA.GOV violations, Embezzlement, Breach of Oath, TX Civil Practice & Remedies Code § 110.003 7020 0640 0002 3431 7269, Life Safety Code Violations<

1. $ TBD
2. $70K/minute/person for SLAVERY of Erin, Daniel, Dennis, Hailie, Charles, Jordan, Amy, Jay Williams, Kym Mcree + Does
3. $5,250,000.00/offense
4. $ TBD > Life Safety Code Violations

Remit Immediately to lawyers. Title 11 U.S.C. §542 Turnover.... Jay Williams has material evidence Proving TREASON committed against TX & U.S.A. Contact lawyers.

NOTICE OF DISPOSITION OF COLLATERAL

Pursuant to TX Business & Commerce Code § 9.205 Use..., Sally Jo Berens has ten (10) days to settle debts owed to Williams<. Failure to settle debts shall result in Williams< auctioning/selling everything & anything Sally Jo Berens may have privately. Sally J. Berens has the right to accounting of collateral & debts. Additional fees may apply. Contact lawyers.

Jay Williams has Jurisdiction: D-1-GN-23-005013. Sally J. Berens, You are being Sued. Contact our lawyers.

Respectfully: Jay Williams  Jay Williams  7/21/24