UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY WILLIAMS,

    Plaintiff,                                              Case No. 1:24-CV-767

v                                                                                   Hon. Jane M. Beckering

RAY KENT, et al,

    Defendants.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and (b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated: July 29, 2024                                  /s/ Ray Kent
                                                                                       RAY KENT
                                                                                       United States Magistrate Judge